UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/19
```

18- CR-700

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> WILLIAM BURBANK, ) <br> ) <br> Defendant. ) <br> ) | **MOTION FOR ORDER TO AMEND THE CONDITIONS OF PRETRIAL RELEASE TO INCLUDE WEEKLY INDIVIDUAL PSYCHOLOGICAL COUNSELING FOR DEFENDANT** |

PLEASE TAKE NOTICE that, Defendant, William Burbank hereby moves through his attorneys Jerome A. Ballarotto, Esq., and John W. Mitchell, Esq. before the Court for the Southern District of New York to amend the conditions of Defendant William Burbank's Pretrial Release to require that Defendant William Burbank receive weekly individual psychological counseling set up through Pretrial Services.

All other conditions of pretrial release shall remain in full force and effect.

/s/ JEROME A. BALLAROTTO

Jerome A. Ballarotto, Esq.
Pro Hac Vice
Co-Counsel for William Burbank
143 White Horse Avenue
Trenton, New Jersey 08610
(609) 581-8555
jabesquire@aol.com

*Motion granted. Pretrial shall arrange for counseling to be provided to Defendant.*

SO ORDERED:
Date: 11/12/19    *Richard M. Berman*
Richard M. Berman, U.S.D.J.