USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/27/19

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

      Government,

    18 Cr 700 (RMB)

  - against -

    **ORDER**

William Burbank,
      Defendant.
-----------------------------------------------------------x

The sentence in this matter is rescheduled from 11:00 am December 2, 2019 to 11:30 am on December 2, 2019.

Dated: New York, New York
    November 27, 2019



       **RICHARD M. BERMAN**
         **U.S.D.J.**