UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                    Government,         18 CR. 700 (RMB)

    - against -                    **ORDER**

WILLIAM BURBANK,
                    Defendant.
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/19

The conference currently scheduled for Monday, December 2, 2019, at 11:30 a.m. is hereby rescheduled to Tuesday, December 17, 2019, at 11:30 a.m. in Courtroom 17B of the Daniel Patrick Moynihan Courthouse at 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
       December 2, 2019

_____
**RICHARD M. BERMAN**
**U.S.D.J.**