UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

      Government,

    18 Cr 700 (RMB)

 - against -

    **ORDER**

William Burbank,
      Defendant.
-------------------------------------------------------------x

The sentence in this matter is rescheduled from 11:30 am on December 17, 2019 to 11:00 am on December 17, 2019.

Dated: New York, New York
   December 10, 2019

              _____
              **RICHARD M. BERMAN**
                 U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/19